## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL COMPLAINT** |
| v. | : | Honorable Cathy L. Waldor |
| RAYMOND ANDERSON | : | Mag. No. 20-9034 |

I, David L. Scanlon, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

David L. Scanlon,
Special Agent
Bureau of Alcohol Tobacco
Firearms & Explosives

Sworn to before me and subscribed in my presence,
February 6, 2020, Essex County, New Jersey

Honorable Cathy L. Waldor
United States Magistrate Judge

Signature of Judicial Officer

## **ATTACHMENT A**

### **COUNT ONE**
(Possession with Intent to Distribute Controlled Substances)

On or about November 25, 2019, in Hudson County, in the District of New Jersey and elsewhere, the defendant,

**RAYMOND ANDERSON,**

did knowingly and intentionally distribute, dispense, and possess with intent to distribute a quantity of suspected ecstasy, a Schedule I controlled substance, a quantity of suspected marijuana, a Schedule I drug, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and (b)(1)(D).

## COUNT TWO
### (Possession of a Firearm by a Convicted Felon)

On or about November 25, 2019, in Hudson County, in the District of New Jersey and elsewhere, defendant,

**RAYMOND ANDERSON**

knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court of New Jersey, did knowingly possess in and affecting commerce a firearm, namely a gray, Bryco Arms .22 caliber handgun, bearing serial number 139002 loaded with six rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 25, 2019, in Hudson County, in the District of New Jersey, and elsewhere, the defendant,

**RAYMOND ANDERSON**,

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, the drug trafficking crime charged in Count One of this Complaint, did knowingly possess a firearm, namely a gray, Bryco Arms .22 caliber handgun, bearing serial number 139002 loaded with six rounds of ammunition.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

**ATTACHMENT B**

I, David L. Scanlon, am a Special Agent with the Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and photographs of the evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. On or about November 25, 2019, following an investigation into narcotics activity, members of the Jersey City Police Department obtained a warrant to search a single family residence located on Wegman Court, in Jersey City, New Jersey (the "Residence").

2. Upon entering the Residence, law enforcement made contact with the homeowner (the "Homeowner") and three individuals sitting in the first floor living room. The Homeowner advised that a white male, later identified as Raymond Anderson ("Anderson") rented the attic of the Residence, but was not home at that time.

3. Law enforcement secured and searched the basement, first and second floor of the Residence and did not recover any contraband. Law enforcement then proceeded to the attic.

4. During a search of the attic, law enforcement recovered a gray, Bryco Arms .22 caliber handgun, bearing serial number 139002 loaded with six rounds of ammunition (the "Firearm") on the floor next to the bedLaw enforcement further recovered in the attic a green plastic bag containing:

   a. A clear sandwich bag containing a substance with the same color, consistency and packaging as cocaine;

   b. (28) clear glass vials containing a substance with the same color, consistency, and packaging as cocaine;

   c. (8) small yellow tinted zip lock bags containing a substance with the same color, consistency and packaging as marijuana;

   d. (87) pills (37 yellow, 16 pink, and 34 green star shaped) with the same color, consistency and packaging as Ecstasy;

   e. (1) black sealed bag containing approximately 56 grams of a substance with the same color, consistency and packaging as marijuana; and

    f. Approximately $646 dollars in various denominations.

 5. Law enforcement further recovered the following ammunition (the "Ammunition") from a white sock in the bathroom area of the attic:

    a. (17) .45 caliber hollow point bullets;

    b. (4) 9mm caliber hollow point bullets;

    c. (3) .45 caliber ball point bullets;

    d. (4) .32 caliber ball point bullets; and

    e. (4) .45 black magazine bullets.

 6. Law enforcement further recovered in the attic Anderson's social security card as well as various pieces of mail addressed to Anderson at the Residence.

 7. The Firearm and Ammunition was manufactured outside the State of New Jersey and thus moved in, and affected interstate commerce prior to November 25, 2019.

 8. On or about March 24, 2005, Anderson was convicted in the Superior Court of New Jersey, Hudson County, of possession of a controlled dangerous substance on school property, in violation of N.J.S.A. 2C:35-7, a crime punishable by imprisonment for a term exceeding one year.